334

Opinion by RICHARDSON, J. In accordange with stipulation of counsel that the merchandise is similar in all material respects to that the subject of *Pan American Standard Brands, Inc., et al.* v. *United States* (43 Cust. Ct. 122, C.D. 2115), the claim of the plaintiffs was sustained.

BEFORE THE THIRD DIVISION, OCTOBER 21, 1960

**No. 64758.**—Finnish Food Imports, Inc., and C. H. Timm & Son, Inc., et al. *v.* United States, protests 59/27808, etc. (New York).

Opinion by DONLON, J. In accordance with stipulation of counsel that the merchandise consists of bread similar in all material respects to that the subject of *United States* v. *Nordic Baking & Importing Co., Inc.* (47 C.C.P.A. 78, C.A.D. 733), the claim of the plaintiffs was sustained.

**No. 64759.**—A. V. Olsson Trading Co. *v.* United States, protests 60/2130 and 59/31563 (San Francisco).

Opinion by DONLON, J. In accordance with stipulation of counsel that the merchandise consists of bread similar in all material respects to that the subject of *United States* v. *Nordic Baking & Importing Co., Inc.* (47 C.C.P.A. 78, C.A.D. 733), the claim of the plaintiff was sustained.

**No. 64760.**—The Tupman Thurlow Co., Inc. *v.* United States, protest 59/31433 (New York).

Opinion by DONLON, J. In accordance with stipulation of counsel that the merchandise consists of lamb similar in all material respects to the beef the subject of *United States* v. *J. H. Brown et al.* (46 C.C.P.A. 1, C.A.D. 686), except that the merchandise here involved is lamb, the claim of the plaintiff was sustained.

**No. 64761.**—Texas Meat Packers Co. *v.* United States, protest 59/18186 (Galveston).